**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrated Care of Greater Hickory, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  ICGH, ICGH Treatment Centers** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5912743** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **608 Hwy 70** <br> **Apt. R2** <br> **Sea Level, NC 28577** <br> Number, Street, City, State & ZIP Code <br><br> **Carteret** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 70** <br> **Sea Level, NC 28577** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Integrated Care of Greater Hickory, Inc.**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Integrated Care of Greater Hickory, Inc.**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Integrated Care of Greater Hickory, Inc.** Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Integrated Care of Greater Hickory, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 21, 2025**
MM / DD / YYYY

X **/s/ Corey Richardson**          **Corey Richardson**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ George Mason Oliver**          Date  **February 21, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone  **252-633-1930**          Email address

**26587 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Integrated Care of Greater Hickory, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SBA** Attn: Managing Agent 1835 Assembly St, Ste 1425 Columbia, SC 29201 | | | | $462,472.00 | $0.00 | $462,472.00 |
| **Fora Financial Business Loans** Attn: Managing Agent 1385 Broadway, 15th Fl New York, NY 10018 | | | Disputed | | | $393,936.70 |
| **Vox Funding, LLC** Attn: Managing Agent 100 Park Ave. 26th Fl New York, NY 10017 | | | Disputed | | | $204,550.36 |
| **CFG Merchant Solutions** Attn: Managing Agent 180 Maiden Lane, 15th Fl. New York, NY 10038 | | | Disputed | | | $201,898.00 |
| **American Express LOC** Attn: Managing Agent PO Box 570622 Atlanta, GA 30357 | | | | | | $137,635.50 |
| **Corey Richardson** PO Box 70 Sea Level, NC 28577 | | | | | | $94,332.81 |

Debtor **Integrated Care of Greater Hickory, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASD Specialty Healthcare LLC d/b/a Besse Medical 9075 Centre Pointe Dr., Ste 140 West Chester, OH 45069-4891** | | | | $72,897.31 | $0.00 | $72,897.31 |
| **Truist Attn: Managing Agent PO Box 85052 Richmond, VA 23285** | | | | | | $65,000.00 |
| **American Express Attn: Managing Agent PO Box 981535 El Paso, TX 79998-1535** | | | | | | $52,184.73 |
| **Truist Loan Services Attn: Managing Agent PO Box 2306 Wilson, NC 27894-2306** | | | | | | $50,178.00 |
| **Martin Starnes & Associates Attn: Managing Agent 730 13th Avenue Dr. SE Hickory, NC 28602** | | | | | | $20,000.00 |
| **Kathy Richardson 806 Lord Granville Dr. Morehead City, NC 28557** | | | | | | $20,000.00 |
| **Ramesh Krishnaraj 2611 Pine Needles Rd. Goldsboro, NC 27534** | | | | | | $20,000.00 |
| **First Corporate Solutions Attn: Managing Agent 914 S Street Sacramento, CA 95811** | | | **Disputed** | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Integrated Care of Greater Hickory, Inc.**　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Corey Richardson**<br>**PO Box 70**<br>**Sealevel, NC 28577** | | **100%** | **Share Holder** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　　I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 21, 2025**　　　　　　　　　　　Signature  **/s/ Corey Richardson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Corey Richardson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Integrated Care of Greater Hickory, Inc.**                                  Case No.   
                                       Debtor(s)                                      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 21, 2025**                      **/s/ Corey Richardson**  
                                                    **Corey Richardson**/**CEO**  
                                                    Signer/Title

| | | |
|---|---|---|
| INTEGRATED CARE OF GREATER HICKORY, INC<br>PO BOX 70<br>SEA LEVEL, NC 28577 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>OLIVER & CHEEK, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET<br>SUITE 2100<br>RALEIGH, NC 27601 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE STE 900<br>ATLANTA, GA 30326-1382 | NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | CATHY H. ALLEN<br>2943 GRAMPIAN DR.<br>GASTONIA, NC 28454-6462 |
| AMERICAN EXPRESS<br>ATTN: MANAGING AGENT<br>PO BOX 981535<br>EL PASO, TX 79998-1535 | AMERICAN EXPRESS LOC<br>ATTN: MANAGING AGENT<br>PO BOX 570622<br>ATLANTA, GA 30357 | AMERISOURCE BERGEN<br>CORPORATE HEADQUARTERS<br>1 WEST FIRST AVE.<br>CONSHOHOCKEN, PA 19428 |
| ASD SPECIALTY HEALTHCARE LLC<br>D/B/A BESSE MEDICAL<br>9075 CENTRE POINTE DR., STE 140<br>WEST CHESTER, OH 45069-4891 | CAROLINA WELLMESS CENTERS, LLC<br>ATTN: MANAIGNG AGENT<br>214 S. WILLIAM ST.<br>GOLDSBORO, NC 27530 | CARTERET CO. GOVERNMENT<br>ATTN: MANAGING AGENT<br>210 TURNER ST.<br>BEAUFORT, NC 28516 |
| CFG MERCHANT SOLUTIONS<br>ATTN: MANAGING AGENT<br>180 MAIDEN LANE, 15TH FL.<br>NEW YORK, NY 10038 | CHOICEHEALTH FINANCE<br>ATTN: MANAGING AGENT<br>1310 MADRID ST.<br>MARSHALL, MN 56258 | COREY RICHARDSON<br>PO BOX 70<br>SEALEVEL, NC 28577 |
| CORPORATION SERVICE COMPANY<br>ATTN: MANAGING AGENT<br>801 ADLAI STEVENSON DR.<br>SPRINGFIELD, IL 62703 | CT CORPORATION SYSTEM<br>ATTN: SPRS<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203 | FIRST CORPORATE SOLUTIONS<br>ATTN: MANAGING AGENT<br>914 S STREET<br>SACRAMENTO, CA 95811 |
| FIRST UNITED METHODIST CHURCH<br>ATTN: MANAGING AGENT<br>PO BOX 157<br>TAYLORSVILLE, NC 28681 | FORA FINANCIAL BUSINESS LOANS<br>ATTN: MANAGING AGENT<br>1385 BROADWAY, 15TH FL<br>NEW YORK, NY 10018 | JON-MAR, LLC<br>ATTN: MANAGING AGENT<br>233 1/2 EAST MAIN ST.<br>LINCOLNTON, NC 28093 |
| RAMESH KRISHNARAJ<br>2611 PINE NEEDLES RD.<br>GOLDSBORO, NC 27534 | LAKEVIEW DEVELOPMENT HOLDING LLC<br>ATTN: MANAGING AGENT<br>PO BOX 636<br>HICKORY, NC 28603 | LCEN SOLUTIONS<br>C/O JOHN JAMES<br>2929 ALLEN PKWY, STE 3300<br>HOUSTON, TX 77019 |

LIEN SOLUTIONS
FOR ASD SPECIALTY HEALTHCARE
PO BOX 29071
GLENDALE, CA 91209-9071

LIEN SOLUTIONS
ATTN: JOHN JAMES
2929 ALLEN PKWY STE 3300
HOUSTON, TX 77019

MARTIN STARNES & ASSOCIATE
ATTN: MANAGING AGENT
730 13TH AVENUE DR. SE
HICKORY, NC 28602

TUSHAR MISHRA
117 BAYBERRY CREEK CIRCLE
MOORESVILLE, NC 28117-6690

COREY RICHARDSON
PO BOX 70
SEA LEVEL, NC 28577

KATHY RICHARDSON
806 LORD GRANVILLE DR.
MOREHEAD CITY, NC 28557

SBA
ATTN: MANAGING AGENT
1835 ASSEMBLY ST, STE 1425
COLUMBIA, SC 29201

SILVER SPOON OFFICES
ATTN: MANAGING AGENT
245 HERITAGE FARM LANE
DOBSON, NC 27017

TRUIST
ATTN: MANAGING AGENT
PO BOX 85052
RICHMOND, VA 23285

TRUIST LOAN SERVICES
ATTN: MANAGING AGENT
PO BOX 2306
WILSON, NC 27894-2306

VOX FUNDING, LLC
ATTN: MANAGING AGENT
100 PARK AVE. 26TH FL
NEW YORK, NY 10017

WELLONS SISTERS, LLC
ATTN: MANAGING AGENT
PO BOX 1018
MOREHEAD CITY, NC 28557

WHITE INVESTMENTS OF SHELBY, LLC
ATTN: MANAGING AGENT
PO BOX 1420
SHELBY, NC 28151-1420

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Integrated Care of Greater Hickory, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Integrated Care of Greater Hickory, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 21, 2025**  
Date

**/s/ George Mason Oliver**  
**George Mason Oliver 26587**  
Signature of Attorney or Litigant  
Counsel for  **Integrated Care of Greater Hickory, Inc.**  
**The Law Offices of**  
**Oliver & Cheek, PLLC**  
**PO Box 1548**  
**New Bern, NC 28563**  
**252-633-1930 Fax:252-633-1950**